UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>                              Plaintiff,<br><br>        v.<br><br>ZACHERY JONES, et al.,<br><br>                              Defendants. | Case No. 1:23-cv-00134-ADA-EPG (PC)<br><br>ORDER STRIKING UNSIGNED FIRST AMENDED COMPLAINT<br><br>(ECF No. 12) |

Thomas Mills ("Plaintiff") is a state prisoner proceeding *pro se* with this action. The Court received the complaint commencing this action on January 27, 2023. (ECF No. 1).

On February 10, 2023, Plaintiff filed a First Amended Complaint. (ECF No. 12). Although Plaintiff included a signature page, the First Amended Complaint is not signed or dated. (ECF No. 12, p. 8). Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). As Plaintiff's First Amended Complaint is unsigned, the Court will strike it from the record. Plaintiff may file a signed copy of the First Amended Complaint.

Based on the foregoing, it is HEREBY ORDERED that Plaintiff's First Amended Complaint, filed February 10, 2023 (ECF No. 12), is STRICKEN from the record for lack of signature.

\\\

1

Within thirty days from the date of service of this order, Plaintiff may file a signed copy of his First Amended Complaint.

IT IS SO ORDERED.

Dated:  **February 13, 2023**              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE