UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS,<br><br>                              Plaintiff,<br><br>    v.<br><br>ZACHERY JONES, et al.,<br><br>                            Defendants. | Case No. 1:23-cv-00134-ADA-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PAY $402 FILING FEE<br><br>(ECF No. 15) |

      Thomas Mills ("Plaintiff") is a state prisoner proceeding *pro se* with this action.

      On February 16, 2023, Plaintiff filed a motion for an extension to time to pay the $402 filing fee. (ECF No. 15). While the Court has issued findings and recommendations, recommending that Plaintiff be required to pay the filing fee if he wants to proceed with this action (ECF No. 11), these findings and recommendations have not yet been addressed by the assigned district judge. Therefore, at this time, Plaintiff does not have a deadline to pay the filing fee.

\\\

\\\

\\\

\\\

\\\

1

As there is no deadline to extend, IT IS ORDERED that Plaintiff's motion for an extension to time is DENIED.

IT IS SO ORDERED.

Dated:  **February 17, 2023**                         /s/ Erica P. Grosjean
                                                                                    UNITED STATES MAGISTRATE JUDGE