UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS K. MILLS, | No. 1:23-cv-00134-ADA-EPG (PC) |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |
| v. | |
| ZACHERY JONES, et al., | (ECF No. 21) |
| Defendants. | |

Plaintiff Thomas Mills ("Plaintiff") is a state prisoner proceeding *pro se* in this action.

On March 27, 2023, the Court issued an order denying Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). (ECF No. 21.) The Court also ordered Plaintiff to pay the $402.00 filing fee in full within thirty days if he wanted to proceed with this action. (*Id.* at 3.) The Court warned Plaintiff that if he "fails to pay the filing fee in full within thirty days, this action will be dismissed without prejudice and without further notice." (*Id.* at 4.)

The thirty-day period has expired, and Plaintiff has failed to pay the $402 filing fee.

///

///

///

///

1

Accordingly,

1. This action is dismissed, without prejudice; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 30, 2023

_____
UNITED STATES DISTRICT JUDGE